PHILIP S. JUSTICE, Appellant, *v.* WILLIAM B. LANG et al., Respondents.

(Argued November 29, 1875; decided December 7, 1875.)

THIS case has been twice before this court previous to the present appeal. (42 N. Y., 498; 52 id., 323.) The referee, upon the last trial, found, as a question of fact, that the memorandum or agreement sued upon was not delivered absolutely as a valid agreement, but conditionally, and that plaintiff did not perform the conditions. *Held*, that it was

properly disposed of as a question of fact, and the referee's finding was conclusive.

*Samuel Hand* for the appellant.

*O. Smedburgh* for the respondents.

ALLEN, J., reads for affirmance.
All concur.
Judgment affirmed.